UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  3:22-CR-84-RGJ |
| | ) | |
| | ) | 18 U.S.C. § 242 |
| BRETT HANKISON, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Criminal Rule 57.6(b)(1)–(2), the United States gives notice that the undersigned withdraws as counsel for the United States in this case because she has accepted new employment and is leaving the Department of Justice on April 1, 2025.  The government will continue to be represented by Special Litigation Counsel Michael J. Songer.

Respectfully submitted this 26th day of March 2025.

By:

MAC WARNER
Deputy Assistant Attorney General

/s Anna Gotfryd
Anna Gotfryd
Trial Attorney
Criminal Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 514-3204
Anna.Gotfryd@usdoj.gov

Authority Conferred by 28 U.S.C. § 515

## CERTIFICATE OF SERVICE

      I hereby certify that, on March 26, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to all parties.

                                                *s/ Anna Gotfryd*
                                                Anna Gotfryd
                                                Civil Rights Division