UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                                 Plaintiff

v.                                                                    Criminal Action No. 3:22-cr-84-RGJ

BRETT HANKISON                                                                          Defendant

\* \* \* \* \*

**ORDER**

The United States moves for a 14-day extension of time to file its sentencing memorandum and a corresponding 14-day continuance of the sentencing of Defendant, which is currently set for July 16, 2025. [DE 282]. Defendant does not object to the motion. [*Id*.]. For the reasons below, the motion will be granted in part.

Fed. R. Crim. P. 45(b)(1)(A) allows the Court to extend time when an act must be done within a specified period "for good cause . . . on a party's motion made" if the motion is made before the time expires; otherwise, the time may be extended "because of excusable neglect." Here, the United States' motion was made on the July 7 deadline to file its sentencing memorandum, thus the motion was made before the time had expired, but only just. As a result, it may be granted for good cause.

The United States asserts it needs "additional time to weigh the relevant issues in this case." [DE 282]. Beyond this single sentence, no further detail or explanation is given for the requested extension. The sentencing in this matter was originally scheduled for April 8, 2025 and has been continued once. [DE 276]. Several months have passed since the initial continuance of Defendant's sentencing and no reason is given for the need for more time to consider the issues on the eve of sentencing. Thus, after considering the United States' motion, the Court questions whether there

1

is good cause to extend the deadline and sentencing but given the parties have agreed to the short extension it will be granted as set forth below. **However, no further extensions or rescheduling of the sentencing will be granted absent exigent circumstances**. Accordingly, it is **ORDERED** as follows:

1. The United States' motion for extension of time is **GRANTED in part** and **DENIED in part.**

2. Defendant's sentencing is rescheduled to **Tuesday, July 22, 2025 at 10:30 a.m. EST**.

3. The United States has until **Wednesday, July 16, 2025**, to file its sentencing memorandum.

Rebecca Grady Jennings, District Judge
United States District Court

July 9, 2025