**FILED**
James J. Vilt Jr,
Clerk
July 21, 2025
U.S. District Court
Western District of Kentucky

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICAPlaintiff

v.Criminal Action No. 3:22CR-84-RGJ

BRETT HANKISONDefendant

\* \* \* \* \*

## NOTICE OF APPEAL RIGHTS

I was advised in open court of my appeal rights, which I acknowledge are as follows:

I have the right to appeal my case to the Sixth Circuit Court of Appeals which will review my case and determine whether there has been error of law.

I have the right to appeal or collaterally attack my conviction under Federal Rule of Criminal Procedure 32 and a right to appeal my sentence under Federal Rule Criminal Procedure 32.

If I do not have sufficient money to pay for the appeal, I have a right to apply for leave to appeal without having to pay for it.

A notice of appeal must be filed within fourteen (14) days from the date of entry of judgment.

If I am without the services of an attorney and want to appeal, the Clerk of Court shall prepare and file a notice of appeal on behalf if request it.

If I do not have sufficient money to employ an attorney, the Court of Appeals may appoint my present attorney or another to prosecute the appeal.

I may request to be released on a reasonable bond pending the appeal.

Date: 7/21/2025

_____
Defendant's Signature