**FILED**

JAMES J. VILT, JR. - CLERK

JUL 2 1 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                    Plaintiff

v.                                             Civil Action No. 3:22CR-84-RGJ

BRETT HANKISON                                             Defendant

\* \* \* \* \*

## VICTIMS IMPACT STATEMENTS FILED WITH THE COURT AT SENTENCING

My name is Tamika Palmer, and I am the mother of Breonna Taylor. I never imagined I'd be standing in this place, speaking in the past tense about my daughter. Breonna was my child, my joy, my future, my life...She was a daughter, a sister, a friend, and a dedicated EMT who chose to spend her life helping others.

She was 26 years old and had her whole life ahead of her. But her life was violently and unjustly taken from her in her own home, in the middle of the night, by those sworn to protect and serve.

Breonna was asleep in her bed when armed officers, acting on a deeply flawed and unjust warrant, forced their way into her apartment. They did not announce themselves. They did not give her a chance.

Within moments, they fired a hail of bullets, and my daughter was hit multiple times. She died on that floor.

No ambulance came for her.

No one tried to save her not even a single officer on the scene that night. And for far too long, no one told me the truth about what had happened to her.

What happened to Breonna wasn't just a mistake—it was a violation of her most basic civil rights. She was denied the right to feel safe in her own home. She was denied the right to due process. She was denied the right to life. And afterward, as a mother, I was denied the right to grieve with honesty and clarity, as layers of misinformation and coverups spread in the days and weeks and now years that followed.

My daughter was not involved in any crime we even heard that here in this court room by the very officers involved. Her name should never have been on a warrant.
There was no justice in the decision-making that led officers to her door, and no humanity in the way they executed that warrant. It was reckless. It was negligent. And it was rooted in a system that consistently devalues Black life.

This country tells people like Breonna that if you do everything right—if you go to school, get a job, live quietly-you'll be safe. That is a lie. She did everything right, and still, she was treated as disposable.

I am here today to speak for Breonna, because she can no longer speak for herself. I am here to demand accountability —not just for those who pulled the trigger, but for every person and policy that allowed this to happen. I will never stop fighting for justice for my daughter. But no matter what this court decides, know this: I live every day with a pain that words cannot describe. A piece of me was taken that night. And no amount of explanation, no legal ruling, can bring her back or undo the horror of what was done, But today your honor you have the power to make today the first day of real true accountability.

I pray your daughter never has to endure her most basic civil rights being stripped from her,

I pray you never know the pain of standing up in front of the world begging for someone or anyone to simply do the right thing, it's a pain most people never recover from, but for Black mothers it's a pain the world tells us we have to just get used too.

Breonna deserved to grow old.

She deserved to be safe in her own home. She deserved justice.

Thank you.

Dear Honorable Judge Rebecca Grady Jennings,

I am writing to you today with a heart heavy with grief and a profound sense of loss, to submit this personal impact statement regarding the upcoming sentencing of Brett Hankison. Breonna Taylor was not just a name in the news; she was my best friend of 15 years. For half of my life, she was a constant, a confidante, a source of joy and laughter.

I still grapple with the incomprehensible shift from FaceTiming her one moment, sharing mundane moments and future plans, to receiving a call from her mother the very next, telling me my best friend was gone. It was a tragic death, a life gone way too soon, and a reality that, even five years later, is incredibly hard to swallow. The raw pain of her absence, knowing it was due to a devastating lack of proper police protocol and accountability, remains a constant ache.

Breonna's death has not only left a gaping wound in the world, but it has carved a deep and enduring scar within my heart. How do you begin to trust those who are sworn to protect and serve when they are not held accountable for their actions, when they fail to uphold the integrity of their position, and when their negligence puts innocent lives in harm's way? This profound breach of trust is a burden I, and so many others, now carry.

Brett Hankison's involvement in Breonna's death, and the years of corruption, abuse of power, and harm he represents within our justice system, cannot be overlooked. His actions are a stark reminder of the systemic failures that allowed my best friend's life to be stolen. The lasting damage caused by his conduct, and the continued pain it inflicts, underscores why it is absolutely critical to remove him from the streets.

I implore you, Judge Jennings, to consider the immense and ongoing suffering that Breonna's death has caused. No other family should ever have to endure, nor live with, the devastating reality and pain that we have had to face. I respectfully and earnestly plead to you to ensure that justice is truly served in this case. Please sentence Brett Hankison accordingly, sending an unequivocal message that accountability is paramount, and that the lives of innocent individuals, like my beautiful friend Breonna, are valued and protected.

Sincerely,

Alena Battle

Date: July 10, 2025

The Honorable Judge Rebecca Grady Jennings

United States District Court
Subject: Victim Impact Statement in the Sentencing of Brett Hankison

Dear Judge Jennings,

I am writing this letter as a grieving member of Breonna Taylors family. she was my cousin, and her loss has left a wound in our family that will never fully heal. Breonna was deeply loved, not just as a relative but as a vibrant, compassionate, and irreplaceable person whose presence brought light and strength into our lives.

Her tragic death at the hands of those who swore an oath to serve and protect has shattered the very trust our community places in the justice system. Since that day, our family has carried unimaginable grief. Holidays, birthdays, and even the simplest family gatherings now feel incomplete. There is a space in every room and in every heart that no one else can fill.

We are told that justice is blind, but justice must also be consistent. Brett Hankisons actions and the lack of accountability in the pastrepresent more than a single, reckless moment. They reflect a pattern of disregard for life, rights, and truth. The idea that he could receive a reduced sentence is not only painful, it is dangerous. It sends a message that some people especially those in uniform are above the law. That cannot be allowed.

Everyone must be held to the same standard, especially those entrusted with power and weapons.

No one is above the law. If we want to begin to rebuild trust between the people and the system meant to protect them, we must ensure that accountability is real and meaningful.

I ask that you consider not only the personal pain we continue to endure but the precedent this case sets. I respectfully urge you to impose a sentence that reflects the gravity of Brett Hankisons actions, the loss of Breonnas life, and the need for true justice in this country.

Thank you for your time and for listening to our voices.

With respect,

Charveon Powell

July 10, 2025

My name is Chyrisse Edwards and I am Breonna's bonus Aunt. I am her mom's close friend. We met when she was a teenager.

Breonna was so bright, refreshing, and filled with an excitement for life . I spent many evenings letting Breonna do my hair and her younger sister Juniyah do my nails. Very creative young ladies

As they aged Breonna blossomed into a beautiful thriving young adult with so much ahead of her. She always planned family gatherings. Family was everything to her. She loved being around those who were special to her. She was always looking to improve herself and the lives of those she loved. She was a joy to watch.

One of my favorite memories was her attempt to learn to ride a motorcycle when she was of age. Eager to learn. A fast learner and an excitement for new adventures.

Brett is responsible for taking that spark, light and livelihood away from her family.

I live in Indiana and I will never forget that gut wrenching phone call on 3/13/20. Her mom could barely get the words out before I understood what she was saying. Without a second thought I immediately dressed and headed to Louisville. When I arrived I met Tamika who was being ran between hospitals because they were telling her Breonna was not on the scene.

Eventually we made our way back to the scene and I saw things unfolding as we waited at Breonnas apartment. I saw the anxiety and anguish on the faces of people who love her. The confusion and pain.

Who would harm Breonna?

I was there when her mother and family were allowed to enter the apartment. I saw the riddled bullets throughout the apartment. I saw the unmentionable mark where Breonna stood. I saw my friend breaking before my eyes.

It pains me to write this because I'm having to relive it again. It's a never ending story. We have to live without Breonna for a lifetime.

I watched her mother do the work to make sure justice was served for Breonna. She stood her ground, she stood tall and held steadfast when most of us would have broken. What she has accomplished is remarkable. Her strength and determination are helping to improve practices across state lines. She deserves this.

She deserves to see Brett be held to the maximum sentence for his conviction. We all do.

He took away all of Breonnas chances. He must be held accountable! There are no take backs, do overs or things will get better.

Her mom and the rest of the family has suffered enough.

He has to be held accountable for his actions

He's never accepted responsibility for his role in her death

The maximum penalty should be applied. We have a lifetime without her and he should be assigned the same punishment accordingly

Brett deserves the maximum penalty that can be enforced by law.

Chyrisse Edwards

Dear Judge Rebecca Grady Jennings,

The purpose of this letter is to share the impact of the loss of Breonna Taylor on myself, the many lives of the Palmer family, and the world that she served. Breonna Taylor was my younger cousin. The daughter of my closest and favorite cousin Tamika Palmer. Tamika and I have a sisterly relationship where my own personal family trauma has made us closer than most cousins. When I received the information about Breonna, I was in disbelief because how could this happen. Why would this happen? To know Breonna was to love Breonna. She was never in trouble and she didn't violate the law. Emotional and all, I jumped on the highway and headed to support Tamika. Because, this is what you do for your family. Breonna was a source of positivity, hope, strength and renewal for our family. Our family had not done a lot of things together after the passing of my grandmother, But, when Breonna got old enough, she began demanding that we spend more time together not just at funerals. She lived for family events. She loved her family. She loved others. Breonna became a pillar in our family, although younger, she brought our family back together through her immense love for us. Her absence has created a deep void that no family should ever have to experience. Her smile radiated sunshine and could change people's energy no matter how low one may have been feeling. You couldn't help but be in a better space when around her. Her untimely death stole her future dreams and children from our family. Stole from us, family togetherness and her positivity and encouragement. Stole from the world, a beacon of light and compassion for the elderly and people suffering. Breonna will never buy that home she was saving up for or marry the love of her life. The Palmer family tree will never get to see any future generations of Breonna under her name.

Brett Hankison is part of one of the largest departments in this country, the Judicial system, and should be held to the highest accountability standards. Police officers swear to protect the communities they serve. Accountability is not self-serving but community-serving. It is a standard of conduct that requires one to own his or her actions especially when they make bad decisions that affect all of the community. Accountability must matter as to encourage individuals to learn from their decisions and make the necessary adjustments rather than avoiding responsibility. Accountability sometimes means serving time away from one's community and loved ones so that this reflection on self can be intentional and purposeful. Accountability is a means of protecting the entire community, not just certain selective classes. Police

officers must be held to the standards that they hold we civilians to. They are not exempt. Societal norms serve all and must include all members to participate, especially those that serve in the Judicial system and have sworn to protect and serve its community members. Accountability is one of these norms that must serve as a model of what is expected from all of us. Accountability restores trust.

Brett Hankison's decisions on March 13, 2020, contributed greatly to Breonna no longer being here with us. He swore to protect and serve the community of Louisville, KY which included protecting Breonna Taylor. However, his actions demonstrated that the only individuals he ever intended to protect that early morning, were his fellow officers, not Breonna, Kenneth, nor the other occupants of that apartment complex. Police officers' training prepares them for incidents such as these. Should he have followed that training, Breonna may be here with us today? His actions that evening demonstrated intentionality to harm and blatant disregard to his training, Breonna Taylor's life, and the oath he swore to protect that community.

Your Honor, thank you for allowing me to take up some of your time. The defendant's actions destroyed my family's sense of safety and security in policing and has tarnished our belief in justice for all. The loss of our loved one has left a hole in our lives and hearts that can never be filled. We miss her laughter, her advice, and simply having her here with us. Your Honor, my plea is that you sentence the defendant to the fullest extent of what the law and sentencing guidelines allow.

Sincerely,

Tawanna Gordon

Dear Honorable Judge Rebecca Grady Jennings,

I am writing to you today, not just as a concerned citizen, but as someone whose life was irrevocably altered by the tragic and senseless killing of Breonna Taylor. Her death, at the hands of those sworn to protect, has left an unfillable void in my life and in the lives of our entire friend circle.

Breonna was more than just a friend; she was a vital, irreplaceable piece of our collective puzzle, a missing link that no amount of time or new experiences can ever replace. Our gatherings feel incomplete, our laughter often tinged with sadness, because a part of us is perpetually absent. How do you move forward when such a vibrant, loving presence is ripped away so abruptly, so unjustly? Every passing day, every milestone, every shared memory is a painful reminder of the life she was denied and the future we were robbed of together.

The agonizing reality that Brett Hankison's actions, stemming from a profound lack of proper police protocol and accountability, led to her death, is a burden we carry daily. Five years have passed, yet the wound remains raw, refusing to heal. This is because the accountability we desperately seek, the closure we so profoundly need, has been withheld. We have been forced to keep fighting, to keep opening up this agonizing wound, because justice has yet to be fully served. We cannot begin to truly grieve and find peace when the very system designed to protect us has failed so spectacularly, and when those responsible are not held to the same standards as every other citizen.

Brett Hankison's involvement in Breonna's death, coupled with the years of corruption, abuse of power, and harm he represents within our justice system, is a grave injustice that demands a clear and decisive response. If he is not held fully accountable, it sends a chilling and dangerous message: that police officers are somehow above the law, rather than equally responsible for upholding and abiding by it. This undermines the very foundation of trust between law enforcement and the communities they serve.

Therefore, I implore you, Judge Jennings, to consider the profound and enduring pain that Breonna's death has inflicted upon her family, her friends, and our entire community. We are fighting not just for Breonna, but for a future where no other family has to endure the unimaginable pain and reality we have faced. Please ensure that justice is truly served in this case. I urge you to sentence Brett Hankison accordingly, to demonstrate unequivocally that accountability applies to all, and that the integrity of our justice system will be upheld.

Sincerely,

Marnissa Brown

Victim Impact Statement

Submitted by: Napoleon Gray

Your Honor,

Breonna Taylor wasn't just a name in the news to me—she was my family. My little cousin. Someone I helped look after, laughed with, watched grow, and loved like a niece. And losing her the way we did… there are still no words strong enough to describe that pain.

From the moment I got the call that Breonna had been killed, my world hasn't been the same. There hasn't been a single night where I've truly rested. I replay the what-ifs constantly in my head. I lie awake wondering what she must have felt, what she was thinking in those final moments, and why her life was treated like it didn't matter. The pain doesn't come and go—it stays. It lingers in the silence, in the dreams that quickly turn into nightmares, in the holidays and family gatherings where her smile is now just a memory.

I've spent so much time trying to make sense of it. Why someone so full of life, so kind-hearted, so driven and full of potential, could be taken from us in such a reckless, cruel way. And the most heartbreaking part is that we still don't have the answers we deserve. We still haven't seen full accountability. We've had to fight just to have her death acknowledged, just to make sure her name wasn't forgotten.

Breonna was not a threat. She was not a mistake. She was a daughter, a cousin, a niece, a partner, a friend, a beautiful human being. She lit up the room. She had dreams, plans, and so much love to give. And now we are left with a hole that can never be filled.

What happened to her wasn't just a personal loss—it was a failure of justice. A failure of humanity. And every day I live with the trauma of knowing that someone I loved, someone in my family, was killed while sleeping in her own home, and those responsible got to go home.

I miss Breonna more than I could ever put into words. I miss her laughter, her light, her presence. And I speak here today to say that our family will never be the same. I will never be the same. We deserve answers. We deserve justice. And Breonna deserves to be here—living her life, building her future, still making us proud like she always did.

Thank you.

To whom it may concern.,

The death of Breonna Taylor affected millions globally but non more then her mother and sister. Breonna was the first born daughter of Ms Palmer and was the light in everyones eye from day one. Bres presence was huge. She lit up every room ahe walked into. Because of the senseless acts of Hankinson and the others involved members of LMPD that light has been stolen. To continue to drag on Hankinsons sentencing is ludacris.

This family has suffered for over five years now. That's five birthdays, five Thanksgivings, five Christmases and now Breonna has missed the birth of her first nephew. Breonna had her whole life ahead of her with dreams of being a nurse, wife and mother. ALL STOLEN! She and her family were robbed of that opportunity the night of March 13th 2020. When I hear the defendant ask for more time with his family it makes me physically ill because I know that Ms Palmer would give her own live to be able to have one more conversation with her daughter. The world did not stand behind Ms Palmer and her family because they had nothing better to do, the world mourned with her, wrapped her in prayers and stood up for an extreme injustice. Breonna Taylor was murdered by LMPD and Hankinson and his actions that horrific night.

Ms Palmer and the rest of Breonnas family need to be given the chance to mourn. For five years they have been fighting for justice and even though Hankinson being in jail will not bring Breonna back it will help them to finally get a chance to come up for air.

Thank you for your time.

Sincerely,
Aiden Huber

15 July 2025

Honorable Judge Rebecca Grady Jennings.

Ma'am,

My name is Carolyn Marie Wilson. I am a 57-year-old black mother of two adult women and a lifelong citizen of Jefferson County in Louisville, Kentucky. I am writing this letter to tell you my understanding of the murder of Ms. Breonna Taylor. There are several parties guilty of this crime, but the racist people in Jefferson County have decided to put it all on one person. White people agree with each other in public. I have witnessed your strong allegiance. The responsibility to send the former Louisville Metro Police Department (LMPD) Officer Brett Hankinson to prison is unfortunate.

I served in the Kentucky Army National Guard and received an Honorable Discharge after 20 years, 11 months, and 5 days. I retired as a Sergeant First Class (E7). I also graduated in 2004 from the University of Louisville with a bachelor's degree in business administration. When I heard Breonna Taylor was murdered by LMPD, I said, "Oops, they did it again!"

Judge Jennings, as you well know on 23 March 2023, The United States Department of Justice reported that Louisville Metro Police Department and The Louisville Metro Court are a complete and total disgrace to justice. They purposely and deliberately change the rules, records, and circumstances when situations involve the lives, rights, treatment, and respect of dignity toward black people. That method is not sustainable. At some point, someone in the justice system must be contrary to the status quo. When you send former LMPD Officer Brett Hankinson to prison, you will send the following clear and direct message to all the racist people working within both the police department and in the court systems of Louisville, Kentucky:

1. You cannot, and you will not act recklessly in the killings of black people.
2. The courts can only cover up so much.
3. You must be consistent in your untruths and in your character defects.

Black people have endured horrors no one could imagine, but GOD keeps us strong and united through Jesus Christ. Everyone involved in this tragedy ought to go to prison, but it has been pinned down to one person's negligence.

Thank you Ma'am for your service to justice. GOD has chosen you to send the former LMPD Officer Brett Hankinson to prison.

Speaking truth to power,

Carolyn Marie Wilson
cacawilson@gmail.com
(502) 322-7000

To the Honorable Judge Rebecca Grady Jennings and the Court,

This letter expresses my strong belief that former detective Brett Hankison should be sentenced to the maximum penalties available under the law for his actions during the 2020 raid on Breonna Taylor's apartment.

A concerned member of the public and a citizen who believes in equal justice should emphasize the importance of holding law enforcement officers accountable for violating civil rights and engaging in reckless behavior. The jury found Mr. Hankison guilty of violating Ms. Taylor's civil rights, recognizing the severe implications of his actions. Evidence presented during the trial clearly demonstrates that Hankison fired multiple shots through a covered window and door into Ms. Taylor's apartment without identifying a target. This reckless conduct put Ms. Taylor's life at risk and endangered the lives of her neighbors.

A maximum sentence in this case would send a clear message that such behavior will not be tolerated, regardless of a defendant's position or authority. It would deter other officers who might consider engaging in similar dangerous and unlawful practices. Furthermore, a maximum sentence is necessary to provide a measure of justice and closure for Ms. Taylor's family and the community impacted by her death.

The Court is respectfully urged to impose the maximum penalties provided by the law on Brett Hankison. The severity of the violation of Ms. Taylor's civil rights and the inherent danger posed by Hankison's actions demand a sentence that reflects the gravity of the crime.

Respectfully

Darrel L. Bell

SFC U.S. Army (Retired)

July 11, 2025

The Honorable Rebecca Grady Jennings
United States District Court
601 W. Broadway, Room 239
Louisville, KY 40202

Dear Judge Jennings,
I write today as a concerned citizen, imploring you to issue a
sentence that reflects the profound harm caused by Brett Hankison's actions. It is
imperative at this moment to affirm that law enforcement in this country—especially in
Louisville—is not above the law but accountable to it.

Breonna Taylor was an innocent woman, killed in the sanctity of her home in a raid rooted
in flawed policing, excessive force, and a system that continues to devalue Black lives. This
was not just a tragic mistake; it was a senseless and entirely avoidable loss of life, born of a
culture that far too often prioritizes aggressive tactics over human dignity. The bullets fired
through Breonna's walls were not only reckless—they were emblematic of an institution that
too frequently acts without regard for the community it is sworn to protect.

The LMPD too long has demonstrated that they are entitled to use excessive force even
when it isn't justified. For example, last week I watched an LMPD officer handcuff a woman
in mental distress before shoving her to the ground. When I advised him that he was
observed violating the woman's rights, he threatened me with arrest and called in another
officer who also aggressively threatened to detain me despite violating no law. I have no
confidence that the confrontation would have ended there if I were a person of color.

Judge Jennings, your role in sentencing Brett Hankison is an opportunity to affirm that this
culture must change. You have the power to send a clear and lasting message that law
enforcement officers must be held to the highest standard when it comes to the use of force
—that minimum force is not a suggestion, but a requirement. A requirement rooted not only
in the law, but in shared humanity decency.

Moreover, we cannot look at this case in isolation. We are living under a federal
administration that continues to implement policies rooted in white supremacy—from
racialized policing to immigration enforcement that tears families apart and criminalizes
people who are following the law. These are not disconnected crises. They are part of a
systemic pattern in which Black and Brown communities are disproportionately targeted,
harmed, and denied justice. The death of Breonna Taylor is just one tragic thread in a
larger, brutal tapestry of state violence.

The public's faith in the justice system—especially among marginalized communities—is
eroded when those who commit harm while wearing a badge are shielded from
accountability. This sentencing is about more than one former officer; it is about whether
our justice system is capable of protecting the rights, safety, and dignity of all people
equally.

I urge you to demonstrate through your sentence that recklessness, racism, and lawless
force will not be tolerated. Show the people of Louisville—and of this nation—that justice

does not stop at the uniform.

Breonna Taylor should still be alive. The least we can do now is hold accountable those who contributed to her death and begin the long process of transforming the systems that enabled it so that we can build a better, safer community.

With deepest respect,

Ellis Graham, LMFT
Licensed Marriage and Family Therapist

The Honorable Rebecca Grady Jennings
Gene Snyder United States Courthouse
601 West Broadway
Louisville, KY, 40202

Dear Honorable Judge Rebecca Grady Jennings,

I am writing to you regarding the case against Brett Hankison and the serious implications it carries for both our community and the principles of justice. As the proceedings come to a close, I respectfully urge the court to consider a sentence that not only reflects the gravity of the actions taken but also serves to uphold the values of accountability, safety, and justice in our society.

The events surrounding this case have deeply affected countless individuals, particularly the family and loved ones of Breonna Taylor. The actions of Brett Hankison on March 13, 2020, have not only caused harm to the immediate victims but have also shaken the very foundations of trust within our community. Breonna's case brought heightened awareness to issues of racial injustice, particularly the ways in which Black individuals are disproportionately affect by police violence. Breonna's untimely death inspired community and served as a catalyst for activism. Encouraging empathy and reflection for Black individuals across the nation to understand the vulnerabilities faced by marginalized communities. Thus, influencing local, state, and national policy changes. The ongoing discussions of this atrocious crime have impacted the family and community not only emotionally but mentally as well as we now have the weight of this event and its implications.

Justice is not merely a matter of punishment; it is also healing and restoration for those affected. By ensuring that Brett Hankison receives an appropriate and just sentence, the court can take a significant step toward healing for the family and community, affirming the community's commitment to justice. A strong and fair sentence serves to deter future offenses and signals that actions which disrupt the peace and safety of individuals will not be tolerated. Showing the courts ability to show accountability through trust building, deterrence of misconduct, and social justice. The courts will not tolerate a legacy of injustice by using Hankison's actions to mold younger generations' perspectives on race, justice, and authority.

I understand that sentencing is a complex decision that requires careful consideration of various factors, including the defendant's background, motivations, and circumstances. However, it is crucial to keep in mind the broader implications of your decision—how it shapes the narrative of accountability and justice in our community. A sentence that reflects the severity of the crime will not only provide necessary closure for Breonna's family and loved ones but also reassure the community that their safety is a priority.

In conclusion, I respectfully plead for the court to impose a sentence that is just and symmetric with the actions of Brett Hankison. Your decision can pave the way for healing, reinforce the values of justice, and ensure that similar acts are discouraged in the future.

Thank you for considering this plea. I trust that you will weigh the facts of the case with the utmost care and fairness.

Sincerely,


Jarvis Finch

Tamika Palmer has been one of my closest friends for well over ten years. I've seen her go through ups and downs over the years but i've never seen her be crushed as bad as when her daughter was murdered unjustly. To this day her murderers are free spending time with their families enjoying life while she is always left with an empty chair.

Breonna was a beautiful young woman with the world at the tip of her fingers and was ready to embrace it. She had dreams, she was ambitious and above all she loved her family and friends. Bres life was so much more then the headlines and news media. She was a person loved by everyone she ever met. She was a pivotal part of her family dynamic. To put into words what Bre meant to the people that knew and loved her is unfathomable, as is the amount of pain her family has suffered since the day she was murdered.

For the past five years her family, friends and many people from around the world have stood in solidarity saying her name. It is beyond time for justice to be served. I see her mother suffer everyday with a feeling of not only the emptiness she feels from lossing her first born but also the lack of faith in the justice system. She goes to sleep every night not only missing Breonna but with the constant thought of 'what if'.

What if her other daughter was laying in her bed in the apartment that she shared with Breonna. Hankinson blindly shot through the bedroom window. What if both of her daughters were in the livingroom when Hankinson blindly shot through the sliding glass doors.

Hankinson has been indicted. He has had a chance to get his affairs in order, hes had time to spend with his family and friends. Breonna and her family were never given that opportunity. Everyday Tamika wakes up to the nightmare that her daughter has been murdered. She never gets to hug Bre again, she never gets to see her daughters laughing with each other again, she never gets to celebrate another one of her first borns birthdays. Her daughters life was ripped away from her at the hands of a stranger.

She will never see Bre graduate nursing school or hold Bres first born. She will never be able to go to sleep again knowing that her daughters are both safely asleep in their beds. As a parent of three myself I could not wish upon my worst enemy the feeling of fear and restlessness she endures every minute of everyday. The time for justice is long past due. Breonnas family deserves to have a piece of mind that there's not an armed officer of the law outside their windows

Jessica Huber

Dear Honorable Judge Rebecca Grady Jennings,

I am writing to respectfully submit this impact statement regarding the upcoming sentencing of Brett Hankison. The tragic and untimely death of Breonna Taylor has profoundly affected me, as it has countless others in our community and beyond. Her death is a stark reminder of the devastating consequences when those entrusted with upholding justice fail in their duty and abuse their power.

Breonna Taylor's death was not merely an isolated incident; it was the culmination of a systemic issue that has eroded trust in our justice system. The actions of Brett Hankison, both on the night Breonna lost her life and throughout his documented history, represent a grave betrayal of the public trust. His continued presence in society, unaccountable for the harm he has caused, sends a deeply troubling message about justice and accountability.

Accountability is not just a concept; it is the cornerstone of a fair and just society. For Breonna, for her family, and for every individual who believes in the promise of justice, it is imperative that accountability is served in this case. The lasting damage caused by Mr. Hankison's actions extends far beyond the immediate grief of Breonna's loved ones; it has shaken our faith in the very institutions designed to protect us.

Therefore, I implore you, Judge Jennings, to consider the immense pain, the profound loss, and the widespread demand for justice that resonates throughout our community. An innocent life was taken due to a severe lack of diligence and accountability, and it is crucial that this tragedy does not befall another family. Please ensure that justice is served and sentence Brett Hankison accordingly, sending a clear message that such actions will not be tolerated and that all individuals, regardless of their position, are subject to the full force of the law.

Sincerely,

Kanisha Robinson

Dear Judge Rebecca Grady Jennings,

I am writing to you regarding the tragic death of Breonna Taylor and the case involving former officer Brett Hankison. As a concerned family member and an active community leader , I wish to express the profound impact this loss has had not only on Breonna's family, but on our entire society.

Breonna Taylor was a beloved daughter, sister, niece, and friend. Her life was full of promise and purpose, and her death has left my family in indescribable pain. We live each day burdened by the memory of how she was taken from us so suddenly and violently. The psychological trauma, grief, and sense of injustice that her mother and loved ones endure is immeasurable and lifelong. No family should ever have to suffer such a loss, compounded by the struggle to see meaningful accountability.

This case extends beyond one family's tragedy. Breonna Taylor's death has deeply scarred our nation's conscience, igniting widespread anguish, fear, and a crisis of trust in our justice system. The community's collective trauma is evident in the countless vigils, protests, and the continuing calls for justice. When those entrusted to protect citizens fail in such a catastrophic manner, it undermines the very foundation of public confidence in law enforcement and the courts.

Losing Breonna in such a tragic and unjust manner has left a wound that will never fully heal. Breonna was more than a headline or a case number she was a bright light in our family. Her smile could fill a room, and her caring spirit touched everyone she met. She had dreams, ambitions, and a love for life that was truly inspiring.

We continue to speak Breonna's name because we refuse to let her memory fade into statistics. The fight for justice is not only about accountability for her death but also about ensuring that no other family has to endure what we have. It is imperative that former officer Brett Hankison be held fully accountable for his actions. Anything less would send a devastating message that the lives of people like Breonna Taylor can be taken without consequence. It would prolong the anguish of our family and reinforce a dangerous precedent that erodes the principles of equality and justice under the law.

Your Honor, I respectfully implore you to consider the immense and enduring harm caused by this tragedy when determining sentencing. A strong, just sentence would not only honor Breonna Taylor's memory and acknowledge our family's profound loss,

but also help restore faith in our justice system and affirm that accountability truly applies to all.

Thank you for your attention to this letter and for your solemn duty in overseeing this case. I hope that, through your judgment, some measure of justice and healing may finally begin.Also thank you for taking the time to understand just a glimpse of the pain I carry everyday.

With respect,

Kya Taylor

**July 10, 2025**

**Honorable Judge Rebecca Grady Jennings**
United States District Court
Western District of Kentucky
601 W. Broadway, Room 259
Louisville, KY 40202

**Re: Sentencing of Brett Hankinson – Request for Immediate Action**

Dear Judge Jennings,

I am writing as a concerned citizen and advocate for justice regarding the continued delay in the sentencing of Brett Hankinson, who has already been convicted of violating the civil rights of Breonna Taylor.

Breonna Taylor's family has waited far too long for accountability—first for recognition of wrongdoing, and now for consequences to be carried out. These repeated delays only prolong their grief and deny them even the most basic form of closure. No family should have to relive their trauma every time the legal system hesitates to follow through.

Beyond the family, the community continues to carry the heavy weight of injustice. The public was promised transparency and accountability. The jury has spoken. But every postponement undermines faith in our courts and sends the damaging message that the system protects those in power—even after guilt has been established.

Mr. Hankinson's conviction represented a rare and necessary step toward justice in a case that shook this nation. Allowing him to remain free despite a guilty verdict disrespects the family's pain, delays healing, and dishonors the principles of equal justice under the law.

I respectfully urge you to proceed without further delay in sentencing Brett Hankinson. Justice delayed is justice denied—for Breonna Taylor's family, and for us all.

Sincerely,


**ShaChaunda Lee**

To: The Honorable Judge Rebecca Grady Jennings
United States District Court

Subject: Victim Impact Statement - Sentencing of Brett Hankison

Dear Judge Jennings,

My name is Tiaca Halloway, and I am writing to you not only as a member of the community but as a close relative of Breonna Taylor. Her death has shattered our family and left an unfillable void that continues to affect me on a deeply personal level every single day. Brett Hankison took an oath to serve and protect - an oath that should have upheld the highest standards of responsibility and care. Instead, his reckless and unjustifiable actions contributed to the death of someone I loved. Breonna was more than a headline; she was our family, our joy, and a vital part of our lives. That night took her away from us forever, and the pain of that loss is still just
as raw.

I urge you to give Mr. Hankison the full sentence available under the law. Anything less would be a grave injustice to Breonna, to our family, and to every person who believes in accountability and the sanctity of life. His continued presence in society would only deepen the wounds already inflicted - not just on us, but on a community that is still grieving and demanding justice.

Breonna's death didn't just touch me emotionally - it broke something inside of me. Knowing that someone with a badge and power could act with such disregard for life and walk away with minimal consequences is terrifying. It's unacceptable. It must be corrected through the full application of the law.

Please, Judge Jennings, let this sentence reflect the seriousness of his actions and the importance of protecting all citizens - especially from those who misuse their power. Our community deserves to feel safe again. Our family deserves justice. Breonna deserves to be honored with accountability.

Thank you for your time and consideration.

Sincerely,


Tiaca Halloway

**Rachel C. Thomas**

**July 14, 2025**

The Honorable Judge Rebecca Grady Jennings
United States District Court
Western District of Kentucky
601 W. Broadway, Room 239
Louisville, KY 40202

**Re: Personal Impact Statement Regarding Brett Hankison and the Pursuit of Justice for Breonna Taylor**

Dear Judge Jennings,

I am writing to urge you to hold Brett Hankison fully accountable for his role in the death of Breonna Taylor and the ongoing harm he has caused our community. His actions on March 13, 2020, were not only reckless; they were criminal. Firing blindly into a home, endangering lives without cause or care, is part of a long, documented pattern of abuse, corruption, and disregard for public safety. Hankison should not be free to walk our streets. He should be serving time for the trauma and devastation he helped cause.

Breonna Taylor's death shattered me emotionally and mentally. I've struggled with grief, fear, and a loss of trust in the system meant to protect us. Her life mattered. Our lives matter. Real justice means consequences; and it is critical that this court sends a clear message: no one is above the law. Please ensure that Brett Hankison is removed from society and held fully accountable.

Sincerely,

Rachel C. Thomas