IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 3:22-cr-00084 |
| ) | Judge Jennings |
| BRETT HANKISON ) | |
|     Defendant. ) | |

**<u>NOTICE OF APPEAL</u>**

Notice is hereby given that Brett Hankison, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment (D.E. 292) entered by this Court on July 30, 2025. Mr. Hankison hereby appeals both the conviction and the sentence imposed in this case.

    Respectfully Submitted,

    <u>/s/Jack Byrd</u>
    Jack Byrd
    545 Mainstream Drive, Suite 420
    Nashville, Tennessee 37228
    Ph: (615) 942-6366
    Email: jack@jackbyrdlaw.com

    <u>/s/Donald J. Malarcik</u>
    Donald J. Malarcik
    121 South Main Street, Suite 520
    Akron, Ohio 44308
    Ph: (330) 253-0785
    Email: don@ohiodefensefirm.com

    <u>/s/ Ibrahim A Farag</u>
    Farag Legal Services, PLLC
    4010 Dupont Circle, Suite 309
    Louisville, KY 40207
    Ph: (502) 541-0094
    Email: ifarag@faraglegal.com

    Attorneys for Brett Hankison

**CERTIFICATE OF SERVICE**

 I hereby certify that on the 5th day August, 2025, a true and exact copy of this Document was filed electronically with the U.S. District Court Clerk by using the CM/ECF system, which will send a notice of Electronic Filing to all parties to this matter:

       */s/ Jack Byrd*
       Jack Byrd