IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 3:22-cr-00084 RGJ |
| | ) | |
| Plaintiff | ) | JUDGE REBECCA GRADY JENNINGS |
| | ) | |
| -vs- | ) | |
| | ) | |
| BRETT HANKISON | ) | |
| | ) | **MOTION FOR EXTENSION OF TIME** |
| Defendant | ) | |

Now comes Defendant. Brett Hankison, by and through undersigned counsel and respectfully requests that this court extend Mr. Hankinson's report date. Mr. Hankinson received a report date from the Bureau of Prisons of October 9, 2025. Mr. Hankinson has filed an unopposed motion for bond pending his appeal to the Sixth Circuit. Mr. Hankinson requests an additional sixty (60) to ninety (90) days to report to the Bureau of Prison. Additional time is necessary to permit this court to rule on the Motion for Bond and time for Mr. Hankinson to present a Motion to the Sixth Circuit if necessary.

    Respectfully submitted,

    /s/ Donald J. Malarcik
    Donald J. Malarcik (0061902)
    Attorney for Brett Hankison
    121 South Main Street, Suite 520
    Akron, Ohio 44308
    T: (330) 253-0785
    F: (330) 253-7432

    /s/ Jack Byrd
    Jack Byrd
    Attorney for Brett Hankison
    Law Offices of Jack Byrd, PLLC
    545 Mainstream Dr., Suite 420
    Nashville, TN 37228
    615-942-6216 (fax)

/s/ Ibrahim A. Farag
Ibrahim A Farag
Attorney for Brett Hankison
Farag Legal Services, PLLC
4010 Dupont Circle, Suite 309
Louisville, KY 40207
502-541-0094
ifarag@faraglegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of October 2025 a copy of the Defendant's Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

/s/ Donald J. Malarcik
Donald J. Malarcik (0061902)
Attorney for Brett Hankison