## Notice of Appeal to a Court of Appeals From an Appealable Order of a District Court

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Plaintiff |
| v. | Criminal Action No. 3:22-CR-84-RGJ |
| BRETT HANKISON | Defendant |

Notice is hereby given that Brett Hankison, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the order [DE 299] denying his Motion for Bond/Release Pending Appeal and his Motion for Extension of Time to Report to Prison, entered by this Court on the 6th day of October, 2025.

/s/ Ibrahim Farag
Ibrahim A. Farag
*Attorney for Brett Hankison*
FARAG LEGAL SERVICES, PLLC
4010 Dupont Cir. Suite 309
Louisville, Kentucky 40207
(502) 576-9979
Email: ifarag@faraglegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day October, 2025, a true and exact copy of this Notice/Document was filed electronically with the U.S. District Court Clerk by using the CM/ECF system, which will send a notice of Electronic Filing to all parties to this matter:

/s/ Ibrahim A. Farag
FARAG LEGAL SERVICES, PLLC